ANDREW FISHKIN, ESQ.
CBN 237845
LAW OFFICE OF ANDREW J. FISHKIN,P.C.
235 H STREET
BAKERSFIELD, CA  93304
info@lawyerfish. com
Tel:    661-322-6776
Fax:   661-322-6770

ATTORNEY FOR DEFENDANT

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO.: 1:14-cr-00172-AWI-BAM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| vs. ) | **HEARING DATE** |
| ) | |
| ARMANDO BARRAZA-FIERRO ) | Old Date:  November 3, 2014 |
| (aka Luis Barraza, aka Clemente Rivas) ) | Old Time: 10:00 a.m. |
| ) | |
| Defendant. ) | New Date: November 24, 2014 |
| ) | New Time: 10:00 a.m. |
| ) | Courtroom: Two |
| ) |    (Hon. Anthony W. Ishii) |
| ) | |

**TO THE HONORABLE JUDGE, ANTHONY W. ISHII OF SAID COURT:**

Defendant ARMANDO BARRAZA-FIERRO, by and through his attorney of record ANDREW J. FISHKIN, hereby requests to continue the Status Conference now scheduled for November 3, 2014 @10:00 in Courtroom 2, to November 24, 2014 @ 10.:00 a.m.   United States

1

STIPULATION AND ORDER

Attorney has no objections and stipulates to continuance of the Status Conference hearing date stated above.

It is hereby stipulated, by and between the parties hereto through their respective counsel that time may be excluded from now through the Status Conference set for November 24, 2014 @ 10:00 a.m. before Senior District Court Judge Anthony W. Ishii. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation and plea negotiation purposes pursuant to 18 U.S.C 3161 (h) (7) (A) and 3161 (h) (7) (B) (i) and (iv).

Counsel was just retained to represent Mr. Barraza-Fierro on October 27, 2014. Counsel is currently in Military Training in another State. (Please see attached orders)

Defendant believes that his motion demonstrates good cause to justify the granting of a continuance.

Wherefore Defendant respectfully seeks through Counsel, an order granting continuance until November 23, 2014.

A proposed order is attached hereto.

///

///

///

///

IT IS SO STIPULATED.

Dated: 10/28/2014                                                /s/Andrew J. Fishkin
                                                                 _____
                                                                 ANDREW FISHKIN, ESQ
                                                                 ATTORNEY FOR DEFENDANT,
                                                                 ARMANDO BARRAZA

Dated:  10/28/2014                                               /s/Mia Ann Giacomazzi
                                                                 _____
                                                                 MIA ANN GIACOMAZZI,
                                                                 U.S. ATTORNEYS OFFICE,
                                                                 ATTORNEY FOR PLAINTIFF

ORDER

The Court, having reviewed and considered the Stipulation of the parties to continue the Status Conference date in the above-entitled matter, IT IS HEREBY ORDERED that, based on the grounds set forth in the Stipulation, the Status Conference currently scheduled for November 3, 2014 at 10:00 a.m., be continued to November 24, 2014 at 10:00 a.m., in Courtroom 2.  The delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation and plea negotiation purposes pursuant to 18 U.S.C 3161 (h) (7) (A) and 3161 (h) (7) (B) (i) and (iv).

IT IS SO ORDERED.

Dated:   October 28, 2014                        _____
                                                 SENIOR  DISTRICT  JUDGE