BENJAMIN B. WAGNER
United States Attorney
MIA A. GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ARMANDO BARRAZA-FIERRO,<br><br>            Defendant. | CASE NO. 1:14-CR-00172-AWI-BAM<br><br>JOINT REQUEST AND ORDER TO CONTINUE STATUS CONFERENCE AND TO SET BRIEFING SCHEDULE |

The parties, by and through their respective counsel, Assistant United States Attorney Mia. A. Giacomazzi, counsel for plaintiff United States of America, and Andrew Fishkin, counsel for defendant ARMANDO BARRAZA-FIERRO, hereby stipulate and jointly request the Court to continue the status conference currently set for January 12, 2015 in Courtroom 2 (AWI) to January 26, 2015. The defendant is charged with a violation of 8 U.S.C.§ 1326, being a deported alien found in the United States. The defendant filed a motion to dismiss the indictment on December 29, 2014. The government has been working on its response, and believes that it can file a response on January 12, 2015. The defendant would like one week to file a reply, and both parties agree that the Court should have at least one week to review the parties' documents. For these reasons, the parties request the Court to set the following schedule:

///

///

| | |
|---|---|
| Government's Opposition to Dismiss: | January 12, 2015 |
| Defendant's Reply (if any): | January 19, 2015 |
| Hearing on Motion to Dismiss: | January 26, 2015 at 10:00 a.m. in Courtroom (2). |

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: January 8, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ Mia A. Giacomazzi
MIA A. GIACOMAZZI
Assistant United States Attorney

Dated: January 8, 2015

/s/ Andrew Fishkin
ANDREW FISHKIN
Counsel for Defendant Barraza-Fierro

ORDER

For good cause appearing, this Court CONTINUES the January 12, 2015 status conference and SETS the following schedule:

| | |
|---|---|
| Government's Opposition to Dismiss: | Filed January 12, 2015 |
| Defendant's Reply (if any): | Filed January 19, 2015 |
| Hearing on Motion to Dismiss: | January 26, 2015 at 10:00 a.m. in Courtroom (2). |

IT IS SO ORDERED.

Dated:  January 8, 2015                              _____
                                                      SENIOR  DISTRICT  JUDGE