HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
Armando Barraza-Fierro

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  1:14-cr-0172-AWI-BAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO ADVANCE ) STATUS CONFERENCE |
| vs. | ) ) DATE:   March 30, 2015 |
| ARMANDO BARRAZA-FIERRO, | ) TIME:    10:00 a.m. ) JUDGE: Hon. Anthony W. Ishii |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for April 27, 2015 before the Honorable Barbara A. McAuliffe, may be advanced to March 30, 2015 at 10:00 a.m. before the Honorable Anthony W. Ishii.

This advancement of the court date is at the request of the defense as the parties have reached a resolution in this case and Mr. Barraza-Fierro wishes to enter his plea and be sentenced at the earliest available date.  The Government is in agreement with the advancement.

///

///

///

///

///

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: March 23, 2015     By:   /s/ Mia Giacomazzi
                                MIA GIACOMAZZI
                                Assistant United States Attorney
                                Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: March 23, 2015     By:   /s/ *Charles J. Lee*
                                CHARLES J. LEE
                                Assistant Federal Defender
                                Attorney for Defendant
                                ARMANDO BARRAZA-FIERRO

**O R D E R**

IT IS SO ORDERED.

Dated:   March 24, 2015            _____
                                   SENIOR DISTRICT JUDGE